Exhibit 6

| **Infringement Claim Chart for U.S. Pat. No. US10237420B1 v. InspereX ("Defendant")** |
|---|

| Claim 20 | Evidence |
|---|---|
| 20. A method of processing requests, comprising: | The InspereX Customer Service system performs a method of processing requests.<br><br>For example, the InspereX Customer Service system performs a method of connecting requests for assistance, made by callers, to agents that provide the assistance.<br><br> |

1

**Who would you like to contact?**

- [ ] General Info
- [ ] Advisor Sales
- [ ] BondNav Sales
- [ ] Dealer Sales
- [ ] Institutional Sales
- [ ] Syndicate Desk
- [ ] Trading Desk
- [ ] Corporate Finance
- [ ] Public Finance

Source: https://www.insperex.com/About/Contact_Us.aspx

# InspereX Improves Communications Costs, Flexibility, and Risk with Avaya Cloud Office

Avaya Cloud Office provides much-needed flexibility InspereX didn't previously have, which has notably increased work productivity and user satisfaction

|  | Avaya Cloud Office represents a key step in InspereX's digital transformation plans, enabling employees to flexibly communicate anywhere, anytime, using any device to better serve customers, work more productively, and improve business outcomes – all with lower and predictable costs.<br><br>Source: https://www.avaya.com/en/success-stories/insperex/ |
|---|---|
| estimating at least one content-specific or requestor-specific characteristic associated with each received request; | The InspereX Customer Service system estimates a content-specific or a requestor-specific characteristic associated with each received request.<br><br>For example, the InspereX Customer Service system uses information provided by the caller, such as through interactive voice responses, chatbot entries, and email to determine the nature of the call.<br><br> |

**Contact Form**

*Required field*

**Personal Information**

Full Name*:

Email Address*:

Phone Number:

Company Name:

Message*:

SUBMIT

**Who would you like to contact?**

- General Info
- Advisor Sales
- BondNav Sales
- Dealer Sales
- Institutional Sales
- Syndicate Desk
- Trading Desk
- Corporate Finance
- Public Finance

Source: https://www.insperex.com/About/Contact_Us.aspx

| | |
|---|---|
| | **InspereX Improves Communications Costs, Flexibility, and Risk with Avaya Cloud Office**<br><br>Avaya Cloud Office provides much-needed flexibility InspereX didn't previously have, which has notably increased work productivity and user satisfaction<br><br>Avaya Cloud Office represents a key step in InspereX's digital transformation plans, enabling employees to flexibly communicate anywhere, anytime, using any device to better serve customers, work more productively, and improve business outcomes – all with lower and predictable costs.<br><br>Source: https://www.avaya.com/en/success-stories/insperex/ |
| determining availability of a plurality of alternate target resources, each | The InspereX Customer Service system determines the availability of multiple alternate target resources, each of which has a target characteristic.<br><br>For example, the InspereX Customer Service system determines agents that are available to handle the call based, at least in part, on the current availability and skill |

| | |
|---|---|
| respective target resource having at least one respective target characteristic; | set of each agent (e.g. language/department). The InspereX Customer Service system runs on Avaya Service Cloud to perform the determination and other related functions for processing the requests.<br><br> |

**Who would you like to contact?**

| | |
|---|---|
| ☐ General Info | ☐ Syndicate Desk |
| ☐ Advisor Sales | ☐ Trading Desk |
| ☐ BondNav Sales | ☐ Corporate Finance |
| ☐ Dealer Sales | ☐ Public Finance |
| ☐ Institutional Sales | |

Source: https://www.insperex.com/About/Contact_Us.aspx

# InspereX Improves Communications Costs, Flexibility, and Risk with Avaya Cloud Office

Avaya Cloud Office provides much-needed flexibility InspereX didn't previously have, which has notably increased work productivity and user satisfaction

Avaya Cloud Office represents a key step in InspereX's digital transformation plans, enabling employees to flexibly communicate anywhere, anytime, using any device to better serve customers, work more productively, and improve business outcomes – all with lower and predictable costs.

Source: https://www.avaya.com/en/success-stories/insperex/



Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source:https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

8

## Memorable customer experiences

Avaya Experience Platform gives your employees the power to serve customers—and understand their needs from the start.

- Connect every touchpoint of the customer and employee journey with 360-degree visibility.
- Gather customer information across departments and serve customers using CRM applications.
- Empower customers to choose self-service options across multiple channels.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

To deliver the most positive experience possible, employees need the right tools to meet each and every customer request—including having contextual information available.

With Avaya Experience Platform, every employee can have their own AI-powered virtual assistant to deliver real-time information to serve the customer in the moment.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

9

| | |
|---|---|
| evaluating, with at least one automated processor, a plurality of alternate allocations of the respective received request with different available targets, according to a ranking dependent on a probabilistic predictive multivariate evaluator, based on the at least one content-specific or requestor-specific characteristic, and the respective target characteristics of the plurality of alternate target resources; and | The InspereX Customer Service system evaluates, with an automated processor, multiple alternate allocations of the received request with different available targets. The evaluation is done according to a ranking that is dependent on a probabilistic predictive multivariate evaluator. The evaluator is based on the content-specific or requestor-specific characteristic, and the respective target characteristic of the multiple alternate target resources.<br><br>For example, the InspereX Customer Service system via Avaya Service Cloud uses the nature of the call and the availability and skill set of the agents to determine which possible allocation of the call to a given agent will have the best likelihood of a positive outcome for the caller.<br><br>**InspereX Improves Communications Costs, Flexibility, and Risk with Avaya Cloud Office**<br><br>Avaya Cloud Office provides much-needed flexibility InspereX didn't previously have, which has notably increased work productivity and user satisfaction<br><br>Avaya Cloud Office represents a key step in InspereX's digital transformation plans, enabling employees to flexibly communicate anywhere, anytime, using any device to better serve customers, work more productively, and improve business outcomes – all with lower and predictable costs.<br><br>Source: https://www.avaya.com/en/success-stories/insperex/ |



Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source:https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

## Memorable customer experiences

Avaya Experience Platform gives your employees the power to serve customers—and understand their needs from the start.

- Connect every touchpoint of the customer and employee journey with 360-degree visibility.
- Gather customer information across departments and serve customers using CRM applications.
- Empower customers to choose self-service options across multiple channels.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

To deliver the most positive experience possible, employees need the right tools to meet each and every customer request—including having contextual information available.

With Avaya Experience Platform, every employee can have their own AI-powered virtual assistant to deliver real-time information to serve the customer in the moment.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

- Engage callers in queue with relevant notifications or cross-sell options, or offer call back options when expected wait time exceeds an acceptable threshold

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Improve Customer Satisfaction Through Improved Agent Selection

- Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions
- Apply advanced customer analytics to call treatment and routing decisions
- Match the right resources to the callers desired results with real-time status matching

13

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source: https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.

Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.

| | |
|---|---|
| | Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0 |
| generating a control signal, by the at least one automated processor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available targets. | The automated processor of the InspereX Customer Service system generates a control signal to control the allocation of the received request with the different available targets. Generation of the control signal is selectively dependent on the evaluation result.<br><br>For example, the InspereX Customer Service system via Avaya Service Cloud generates a control signal to connect the call with the agent who is most likely to result in a positive outcome for the caller in view of other factors such as overall throughput of the customer service platform and the priority and requirements of other concurrent calls.<br><br>InspereX<br>Contact Us<br>[Have a Question? Let Us Know] |

15

Contact Form

*Required field*

**Personal Information**

Full Name*:

Email Address*:

Phone Number:

Company Name:

Message*:

SUBMIT

**Who would you like to contact?**

- General Info
- Advisor Sales
- BondNav Sales
- Dealer Sales
- Institutional Sales
- Syndicate Desk
- Trading Desk
- Corporate Finance
- Public Finance

Source: https://www.insperex.com/About/Contact_Us.aspx

16

# InspereX Improves Communications Costs, Flexibility, and Risk with Avaya Cloud Office

Avaya Cloud Office provides much-needed flexibility InspereX didn't previously have, which has notably increased work productivity and user satisfaction

Avaya Cloud Office represents a key step in InspereX's digital transformation plans, enabling employees to flexibly communicate anywhere, anytime, using any device to better serve customers, work more productively, and improve business outcomes – all with lower and predictable costs.

Source: https://www.avaya.com/en/success-stories/insperex/

17



Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

## Memorable customer experiences

Avaya Experience Platform gives your employees the power to serve customers—and understand their needs from the start.

- Connect every touchpoint of the customer and employee journey with 360-degree visibility.
- Gather customer information across departments and serve customers using CRM applications.
- Empower customers to choose self-service options across multiple channels.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

To deliver the most positive experience possible, employees need the right tools to meet each and every customer request—including having contextual information available.

With Avaya Experience Platform, every employee can have their own AI-powered virtual assistant to deliver real-time information to serve the customer in the moment.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source: https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

- Engage callers in queue with relevant notifications or cross-sell options, or offer call back options when expected wait time exceeds an acceptable threshold

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

## Improve Customer Satisfaction Through Improved Agent Selection

- Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions
- Apply advanced customer analytics to call treatment and routing decisions
- Match the right resources to the callers desired results with real-time status matching

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source:https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.

Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0