# Exhibit 9

**Infringement Claim Chart for U.S. Pat. No. US7269253B1 v. InspereX ("Defendant")**

| Claim 10 | Evidence |
|---|---|
| A communications method comprising: | The InspereX Customer Service system performs a method for communicating in a communication network.<br><br>For example, the InspereX Customer Service system performs a method of communicating by establishing, over a communication network, a call between a caller with a request and an agent in an appropriate department for assistance.<br><br>[Image: InspereX Contact Us page showing "Have a Question? Let Us Know" banner and a Contact Form with fields for Full Name, Email Address, Phone Number, Company Name, Message, and a Submit button.] |

Who would you like to contact?

- [ ] General Info
- [ ] Syndicate Desk
- [ ] Advisor Sales
- [ ] Trading Desk
- [ ] BondNav Sales
- [ ] Corporate Finance
- [ ] Dealer Sales
- [ ] Public Finance
- [ ] Institutional Sales

Source: https://www.insperex.com/About/Contact_Us.aspx

# InspereX Improves Communications Costs, Flexibility, and Risk with Avaya Cloud Office

Avaya Cloud Office provides much-needed flexibility InspereX didn't previously have, which has notably increased work productivity and user satisfaction

Avaya Cloud Office represents a key step in InspereX's digital transformation plans, enabling employees to flexibly communicate anywhere, anytime, using any device to better serve customers, work more productively, and improve business outcomes – all with lower and predictable costs.

Source: https://www.avaya.com/en/success-stories/insperex/

| | |
|---|---|
| (a) receiving a plurality of communications, each having associated classification information; | The InspereX Customer Service system receives a plurality of communications, each having associated classification information.<br><br>For example, InspereX provides excellent customer receives calls from multiple callers. For each call, a user provides information about the nature of call via keypad entry or Interactive Voice Response (IVR). The responses are used to classify the call.<br><br>**InspereX Improves Communications Costs, Flexibility, and Risk with Avaya Cloud Office**<br><br>Avaya Cloud Office provides much-needed flexibility InspereX didn't previously have, which has notably increased work productivity and user satisfaction<br><br>Avaya Cloud Office represents a key step in InspereX's digital transformation plans, enabling employees to flexibly communicate anywhere, anytime, using any device to better serve customers, work more productively, and improve business outcomes – all with lower and predictable costs.<br><br>Source: https://www.avaya.com/en/success-stories/insperex/ |



Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Memorable customer experiences

Avaya Experience Platform gives your employees the power to serve customers—and understand their needs from the start.

- Connect every touchpoint of the customer and employee journey with 360-degree visibility.
- Gather customer information across departments and serve customers using CRM applications.
- Empower customers to choose self-service options across multiple channels.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

> To deliver the most positive experience possible, employees need the right tools to meet each and every customer request—including having contextual information available.
>
> With Avaya Experience Platform, every employee **can** have their own AI-powered virtual assistant to deliver real-time information to serve the customer in the moment.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

> Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source: https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

> - Engage callers in queue with relevant notifications or cross-sell options, or offer call back options when expected wait time exceeds an acceptable threshold

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?

t=0

> Improve Customer Satisfaction Through Improved Agent Selection
> - Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions
> - Apply advanced customer analytics to call treatment and routing decisions
> - Match the right resources to the callers desired results with real-time status matching

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

> Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source: https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

|  | |
|---|---|
|  | > Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.<br><br>> Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.<br><br>Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0 |
| (b) storing information representing characteristics of at least three potential targets; and | The InspereX Customer Service maintains information about potential targets that includes support agents, departments, or specific resources capable of handling different types of inquiries.<br><br>For example, the InspereX Customer Service system records (i.e., stores) information about the skill set possessed by agents who are potential targets of the call. The InspereX company employs numerous agents, at least three of which possess the skill set required by call. |



Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

**Memorable customer experiences**

Avaya Experience Platform gives your employees the power to serve customers—and understand their needs from the start.

- Connect every touchpoint of the customer and employee journey with 360-degree visibility.
- Gather customer information across departments and serve customers using CRM applications.
- Empower customers to choose self-service options across multiple channels.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

> To deliver the most positive experience possible, employees need the right tools to meet each and every customer request—including having contextual information available.
>
> With Avaya Experience Platform, every employee can have their own AI-powered virtual assistant to deliver real-time information to serve the customer in the moment.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

> Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source: https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

> - Engage callers in queue with relevant notifications or cross-sell options, or offer call back options when expected wait time exceeds an acceptable threshold

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

> **Improve Customer Satisfaction Through Improved Agent Selection**
> - Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions
> - Apply advanced customer analytics to call treatment and routing decisions
> - Match the right resources to the callers desired results with real-time status matching

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?

| | |
|---|---|
| | t=0<br><br>*Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the Avaya Aura® Call Center Overview and Avaya Aura®Call Center Feature Reference guides.*<br><br>Source:https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html<br><br>*Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.*<br><br>*Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.*<br><br>Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0 |

| | |
|---|---|
| (c) determining, in a combinatorial optimization, an optimum target for each communication based on the communication classification, and target characteristics. | The InspereX Customer Service system determines an optimum target for each communication based on the communication classification and target characteristics using a combinatorial optimization comparing at least three potential targets.<br><br>For example, InspereX Customer Service system analyses the caller selection to determine one or more skills that an agent who is selected to receive the call should have in order to provide the caller with the requested assistance. The system determines the potential agent based on the communication classification and performs automated skill-based routing of calls using Avaya Platform Service Cloud (i.e., a combinatorial optimization).<br><br> |

**Who would you like to contact?**

- General Info
- Advisor Sales
- BondNav Sales
- Dealer Sales
- Institutional Sales
- Syndicate Desk
- Trading Desk
- Corporate Finance
- Public Finance

Source: https://www.insperex.com/About/Contact_Us.aspx

## InspereX Improves Communications Costs, Flexibility, and Risk with Avaya Cloud Office

Avaya Cloud Office provides much-needed flexibility InspereX didn't previously have, which has notably increased work productivity and user satisfaction

Avaya Cloud Office represents a key step in InspereX's digital transformation plans, enabling employees to flexibly communicate anywhere, anytime, using any device to better serve customers, work more productively, and improve business outcomes – all with lower and predictable costs.

Source: https://www.avaya.com/en/success-stories/insperex/



Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

> To deliver the most positive experience possible, employees need the right tools to meet each and every customer request—including having contextual information available.
>
> With Avaya Experience Platform, every employee can have their own AI-powered virtual assistant to deliver real-time information to serve the customer in the moment.

Source: https://www.avaya.com/static/avaya/contact-center/day-in-the-life-cc.html

> Avaya Automatic Call Distribution (ACD) distributes incoming, outgoing, and internet calls to groups of extensions. This allows the user to route any incoming call to the most relevant extension immediately.

Source: https://www.oit.va.gov/Services/TRM/ToolPage.aspx?tid=13499#:~:text=Description%3A,the%20most%20relevant%20extension%20immediately.

> - Engage callers in queue with relevant notifications or cross-sell options, or offer call back options when expected wait time exceeds an acceptable threshold

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

> **Improve Customer Satisfaction Through Improved Agent Selection**
> - Leverage detailed Avaya Call Management System and Best Services Routing (BSR) data to fine tune real-time routing decisions
> - Apply advanced customer analytics to call treatment and routing decisions
> - Match the right resources to the callers desired results with real-time status matching

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?t=0

> Automatic Call Distribution (ACD) is the basic building block for call center applications. ACD offers you a method for distributing incoming calls efficiently and equitably among available agents. With ACD, incoming calls can be directed to the first idle or most idle agent within a group of agents. ACD along with Call Center Elite provides a very feature rich complement of routing and call handling capabilities. For detail information, see the *Avaya Aura® Call Center Overview* and *Avaya Aura®Call Center Feature Reference* guides.

Source: https://documentation.avaya.com/bundle/CommunicationManagerPOS_r8.1/page/CommunicationManagerACD.html

> Avaya Intelligent Customer Routing provides the business management infrastructure that enables you to responsively meet the needs of increasingly sophisticated customers and builds upon the groundbreaking innovations Avaya has pioneered for customer service solutions including the renowned Avaya skills-based routing products. Avaya Intelligent Customer Routing enhances customer's experiences across self-service and agent-assisted services in single-site or multi-site contact centers.
>
> Avaya Intelligent Customer Routing allows you to personalize customer interactions for each and every customer by identifying and determining the caller's intent through simple, intelligent, customer conversations using speech and self-service.

Source: https://www.avaya.com/en/documents/fs-intelligent-customer-svc4186en.pdf?

|  | t=0 |